UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:  8:23-cv-00162-JLS-AGR                          Date: February 03, 2023
Title:  Kent Lehman v. DCO Pacific City LLC

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V. R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:
                Not Present                                                         Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION**

The Court may raise the issue of subject matter jurisdiction at any time, *sua sponte*.  *See U.S. Catholic Conference v. Abortion Rights Mobilization*, 487 U.S. 72, 79 (1988).  "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."  Fed. R. Civ. P. 12(h)(3).  As the party invoking federal jurisdiction, the plaintiff has the burden of establishing subject matter jurisdiction.  *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994).  At the pleading stage, the burden must be met by pleading "a short and plain statement of the grounds for the court's jurisdiction . . . ."  Fed. R. Civ. P. 8(1)(1).

Subject matter jurisdiction exists when an action arises under federal law or when there is complete diversity between the parties and the matter in controversy exceeds $75,000.  *See* 28 U.S.C. §§ 1331–32.  Diversity jurisdiction arises where the controversy is between "citizens of a State and citizens or subjects of a foreign state."  28 U.S.C. § 1332(a)(2).

Here, Plaintiff's form Complaint states no basis for federal subject matter jurisdiction—there are only blank lines under the JURISDICTION heading.  (*See* Compl. at 1, Doc. 1.)  Furthermore, Plaintiff brings a claim for intentional infliction of emotional distress, which is a cause of action arising under state—not federal—law.  (*See id.* at 3.)  Therefore, the Court lacks subject matter jurisdiction over Plaintiff's claim.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:23-cv-00162-JLS-AGR　　　　　　　　　　　Date: February 03, 2023
Title: Kent Lehman v. DCO Pacific City LLC

　　　Accordingly, this matter is DISMISSED without prejudice to refiling in a proper court.

　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: vrv